**United States District Court**

Southern District of New York

Office of the Clerk

U.S. Courthouse

300 Quarropas Street, White Plains, N.Y. 10601

```
-----------------------------------X
                                    |
                                    |
                                    |
Ann O'Malley                        |
                                    |      NOTICE OF ASSIGNMENT
                                    |        OF RELATED CASE
          -V-                       |      7:07cv03678(WCC)(GAY)
                                    |
Louis Public Company Ltd., et al    |
                                    |
          Defendants.               |
-----------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

        **JUDGE:**      **HON. William C. Conner**
   **as related to:**   **07cv03665 (WCC)**

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

                              J. Michael McMahon, CLERK

                    by: _____
                              Fiona Keegan - Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis
CC: Attorneys of Record

WP ASSIGNMENT FORM

Data Quality Control                          Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD