**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ELIZABETH BURBAGE,
      Plaintiff,

- against -

LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC.,
      Defendants.

and related actions set forth below.
----------------------------------------------------------x

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND FOR A GROUP VOYAGERS (WCC)(GAY)
Case No. 07 CIV. 3665 and related actions set forth below
ECF CASES

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time for defendant Group Voyagers, Inc. d/b/a Globus to answer, move or otherwise respond to the Complaints in this action, and the additional actions delineated below, which was originally scheduled for June 22, 2007, and subsequently extended to July 20, 2007, is hereby further extended to and including August 3, 2007.

  Balducci v. Louis Public Company Limited, et al., 7:07-cv-3668-WCC
  Cullen v. Louis Public Company Limited, et al., 7:07-cv-3666-WCC
  Cullen v. Louis Public Company Limited, et al., 7:07-cv-3669-WCC
  De Astis v. Louis Public Company Limited, et al., 7:07-cv-3681-WCC
  Golio v. Louis Public Company Limited, et al., 7:07-cv-3673-WCC
  Horrigan v. Louis Public Company Limited, et al., 7:07-cv-3677-WCC
  La Forge v. Louis Public Company Limited, et al., 7:07-cv-3671-WCC
  Lindsay v. Louis Public Company Limited, et al., 7:07-cv-3680-WCC
  Murphy v. Louis Public Company Limited, et al., 7:07-cv-3672-WCC
  O'Malley v. Louis Public Company Limited, et al., 7:07-cv-3678-WCC
  Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3679-WCC
  Rizzuto v. Louis Public Company Limited, et al., 7:07-cv-3674-WCC
  Tomasetti v. Louis Public Company Limited, et al., 7:07-cv-3667-WCC
  Winrow v. Louis Public Company Limited, et al., 7:07-cv-3676-WCC

  **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and filed with the Clerk of the Court in each of the aforementioned

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

COPIES MAILED TO COUNSEL OF RECORD for Δs
+ E-MAILED TO π COUNSEL

actions without further notice, and that signatures obtained via facsimile shall have the same force and effect as original signatures.

Dated: July 20, 2007

| LAW OFFICE OF TODD J. KROUNER | NIXON PEABODY LLP |
|---|---|
| By: *Jacqueline M. James* /ImO<br>Jacqueline M. James (JJ1845) | By: *[signature]*<br>Joseph J. Ortego (JO3839)<br>James W. Weller (JWW0545)<br>Scott P. Eisenberg (SE3775) |
| 93 North Greeley Avenue, Suite 100<br>Chappaqua, New York 10514<br>(914) 238-5800 | 50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 832-7500 |
| Attorneys for Plaintiff | Attorneys for Defendant<br>Group Voyagers, Inc. d/b/a Globus |

SO ORDERED:

*William C. Conner*
William C. Conner, U.S.D.J.

dated White Plains, NY
July 25, 2007

-2-